Brian R. Ade
Jenna Z. Gabay
**RIVKIN RADLER LLP**
21 Main Street, Court Plaza South,
West Wing, Suite 158
Hackensack, New Jersey 07601
Telephone: 201-287-2460
Facsimile: 201-489-0495

*Attorneys for Defendant,*
*The Cincinnati Insurance Company i/s/h/a*
*The Cincinnati Indemnity Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EATON VETERINARY PHARMACEUTICAL, INC. d/b/a ROADRUNNER PHARMACY, INC., <br><br> Plaintiff, <br> v. <br><br> THE CINCINNATI INDEMNITY COMPANY, <br><br> Defendant. | Civil Action No. _____ <br><br> **CERTIFICATE OF SERVICE** |

I, Brian R. Ade, of full age, hereby certify as follows:

1. On February 17, 2017, a Civil Cover Sheet, Notice of Removal with attached exhibit, L. Civ. R. 11.2 Certification, L. Civ. R. 201.1 Certification, 7.1 Disclosure Statement, and Certificate of Service were electronically filed with the Clerk of the United States District Court for the District of New Jersey

2. On February 17, 2017, a copy of the Civil Cover Sheet, Notice of Removal with attached exhibit, L. Civ. R. 11.2 Certification, L. Civ. R. 201.1 Certification, 7.1 Disclosure Statement, and Certificate of Service were sent *via* Next Day Lawyer's Service to the Clerk,, Superior Court of New Jersey, Law Division, Mercer County.

3. On February 17, 2017, a copy of a Civil Cover Sheet, Notice of Removal with attached exhibit, L. Civ. R. 11.2 Certification, L. Civ. R. 201.1 Certification, 7.1 Disclosure Statement, and Certificate of Service were sent *via* Next Day Lawyer's Service to Plaintiff's counsel, Steven J. Daroci, Fox Rothschild LLP, P.O. Box 5231, Princeton, New Jersey 08543-5231.

Date: February 17, 2017

                RIVKIN RADLER LLP

                *Attorneys for Defendant,*
                *The Cincinnati Insurance Company i/s/h/a*
                *The Cincinnati Indemnity Company*

                By:   */s Brian R. Ade*
                          Brian R. Ade